**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mike Neugebauer, | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Warden Fox, | ) | Case No. 1:08-cv-015 |
| | ) | |
| Respondent. | ) | |

_____

On March 6, 2008, the undersigned is a report recommending the dismissal of Petitioner' petition for habeas corpus relief. Pursuant to Local Rule 72.1(3)(4), he had ten days upon receipt of this recommendation to file objections.

On March 21, 2008, Petitioner submitted a response to the Report and Recommendation in letter form. Therein he chronicled the difficulties he encountered when preparing a timely response to the Report and Recommendation. The court construes Petitioner's letter as a request for additional time to supplement his response. The court **GRANTS** the Petitioner's request and **ORDERS** that Petitioner shall have until April 7, 2008, to supplement his response or otherwise file objections to the Report and Recommendations.

Dated this 21st day of March, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court